IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RILEY T. GUNTER,**<br><br>                  **Plaintiff,**<br><br>    vs.<br><br>**CITY OF OMAHA, a Political Subdivision; RAY HUTZELL, in his official and individual capacity; and JERRY MAHONEY, in his official and individual capacity;**<br><br>                  **Defendants.** | **8:21CV281**<br><br>**AMENDED**<br>**CASE PROGRESSION ORDER** |

      This matter comes before the Court on the Motion for Enlargement of Time (Filing No. 22). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Motion for Enlargement of time (Filing No. 22) is granted, and the case progression order is amended as follows:

    1)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **August 19, 2022**.

    2)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **September 30, 2022**.

    3)    The planning conference scheduled for August 19. 2022, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 7, 2022**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

    4)    The deadline for filing motions to dismiss and motions for summary judgment is extended to **November 15, 2022**.

    5)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 27th day of July, 2022.

                                                BY THE COURT:

                                                s/Michael D. Nelson
                                                United States Magistrate Judge